IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRIES SOUSOU and VIOLETTE SUSU,

    Plaintiffs,

  v.

BAYVIEW LOAN SERVICING, LLC, *et al.*,

    Defendants.

No. C 17-05879 WHA

**ORDER TO SHOW CAUSE**

*Pro se* plaintiffs Jerries Sousou and Violette Susu filed their complaint on October 13, 2017. On November 3 and November 7, respectively, defendants A.S.A.P. Collection Services, Bank of New York Mellon, Bayview Loan Servicing LLC and Mortgage Electronic Registration Systems, Inc. moved to dismiss the complaint in its entirety. Those motions were served on plaintiffs, and plaintiffs were given until November 21 to file a response. To date, plaintiffs have not filed a response to defendants' motions to dismiss.

Plaintiffs **SHALL FILE A RESPONSE** to the motions to dismiss by **DECEMBER 4**. If they fail to do so, their complaint will be **DISMISSED**. Plaintiffs shall appear in courtroom 12 on the 19th floor of 450 Golden Gate Ave., San Francisco on **DECEMBER 14 AT 8:00 A.M.** and **SHOW CAUSE** why their complaint should not be dismissed. Defendants' reply to plaintiffs' response, if any, is due by **DECEMBER 8**.

**IT IS SO ORDERED.**

Dated: November 29, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE