IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRIES SOUSOU and VIOLETTE SUSU,

    Plaintiffs,

  v.

BAYVIEW LOAN SERVICING, LLC, *et al.*,

    Defendants.

                     /

No. C 17-05879 WHA

**ORDER DENYING ADDITIONAL EXTENSION OF BRIEFING SCHEDULE AND ORDER TO SHOW CAUSE**

*Pro se* plaintiffs Jerries Sousou and Violette Susu failed to meet their November 21 deadline to file a response to defendants' pending motions to dismiss. On November 29, the undersigned judge issued an order to show cause why plaintiffs' complaint should not be dismissed, and extended plaintiffs' deadline to respond to the motions until December 4 (Dkt. No. 18). On December 1, plaintiffs requested an additional 30-day extension to file a response to defendants' motions (Dkt. No. 19). The reason they give for this delay is that preparing a response "is an arduous task and plaintiffs have not been able to address their responsibilities at this time" (*id.* ¶ 2). In short, plaintiffs argue that they are just too busy to actively pursue the lawsuit that they filed in this Court. Plaintiffs have failed to show good cause for the requested extension, and accordingly their request is **DENIED**.

Plaintiffs shall file a response to the pending motions to dismiss by **DECEMBER 6**. If plaintiffs fail to file a response by the December 6 deadline, they are still required to appear in courtroom 12 on the 19th floor of 450 Golden Gate Ave., San Francisco on December 14 at 8:00 A.M. and **SHOW CAUSE** why their complaint should not be dismissed. Defendants' reply to plaintiffs' response, if any, is due by **DECEMBER 11 AT NOON**.

The Clerk shall serve plaintiffs with this order via electronic-mail and first-class mail.

**IT IS SO ORDERED.**

Dated: December 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE