1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRIES SOUSOU and VIOLETTE SUSU,

      Plaintiffs,

   v.

BAYVIEW LOAN SERVICING, LLC, *et al.*,

      Defendants.

                      /

No. C 17-05879 WHA

**ORDER GRANTING MOTION
TO VOLUNTARILY DISMISS**

*Pro se* plaintiffs Violette Susu and Jerries Sousou filed this wrongful foreclosure action
on October 13, naming Bayview, MERS, BNY Mellon, CWALT, and A.S.A.P. as defendants.
On November 7 and November 10, defendants moved to dismiss the complaint in its entirety
(Dkt. Nos. 1, 9-11, 14, 17).

After plaintiffs failed to meet the November 21 deadline to respond to defendants'
motions to dismiss, plaintiffs were given until December 4 to file a response. On December 1,
plaintiffs requested an additional 30-day extension to respond to the pending motions. They
were instead granted an extension until December 6. No response was filed, but on December
8, plaintiffs moved to voluntarily dismiss their case, stating that due to their full-time
employment they lacked sufficient time to maintain the action.

Pursuant to FRCP 41(a)(1)(A), a plaintiff may dismiss an action without a court order by
filing "a notice of dismissal before the opposing party serves either an answer or a motion for
summary judgment." Unless the notice states otherwise, the dismissal is without prejudice.
FRCP 41(a)(1)(B). Here, defendants have not filed an answer or a motion for summary

judgment.  Accordingly, at this juncture plaintiffs are entitled to voluntarily dismiss their action without prejudice.

For the foregoing reasons, plaintiffs' motion to voluntarily dismiss their case is **GRANTED.**  Defendants' motions to strike and to dismiss are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: December 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE